**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-559**

---

In Re: DOROTHY P. LITZENBERG (Mrs.),

Petitioner.

---

**No. 98-560**

---

In Re: DOROTHY P. LITZENBERG (Mrs.),

Petitioner.

---

On Petitions for Writs of Mandamus.  (CA-97-3681-JFM)

---

Submitted:  July 7, 1998          Decided:   October 20, 1998

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Petitions denied by unpublished per curiam opinion.

---

Dorothy P. Litzenberg, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dorothy P. Litzenberg filed several petitions requesting this court to hold a hearing and prevent the sale of marital assets by her ex-husband, to order the district court and the United States Attorney to enforce her property rights, to order the district court to compel her ex-husband to pay property taxes on her home, and to order the district court to issue protective orders in her favor and rescind all property sales held by her ex-husband. We construe all motions as petitions for mandamus relief and deny them.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is available only if there are no other means by which the relief sought could be granted. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). The party seeking mandamus relief carries the heavy burden of showing she has "no other adequate means" to attain the relief he desires, and that her right to such relief is "clear and indisputable." See Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980) (citations omitted).

We deny Litzenberg's motions because she does not present extraordinary circumstances that require granting a writ of mandamus. She fails to show that her right to relief is clear and indisputable and that she has exhausted all available means of relief. Accordingly, we deny mandamus relief. We also deny her

motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITIONS DENIED</u>